450 A.2d 192

Cindrich, Appellants v. Robinhill Development.

 Submitted March 15, 1982. Donald Edward Seymour, for appellants; Neal R. Cramer, for appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

Affirmed.